```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08507
   DAWN M MERTES
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8110


----------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/09/07 and confirmed on 09/05/07.

    2.  The case was converted to Chapter 7 after confirmation, 03/24/2008.

    3.  The Debtor paid a total of $   3750.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 9485.21 | .00 | .00 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | MORTGAGE ARRE | 2000.00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | 6112.28 | 247.50 | 1309.47 |
| LAKEWOOD FALLS COMMUNITY | SECURED | 1807.61 | .00 | 376.60 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 3238.00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| SUMMER GREEN LANDSCAPING | UNSECURED | 1221.73 | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 204.12 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| IMBS | UNSECURED | NOT FILED | .00 | .00 |
| LABORATORY & PATHOLOGY D | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 234.13 | .00 | .00 |
| MATRIX ACCT | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NCC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PLAINFIELD HEALTH & WELL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 229.83 | .00 | .00 |
| RS CLARK & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 364.25 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |

```
AFFILIATED CREDIT SERVIC  UNSECURED        NOT FILED              .00           .00
VILLAGE OF ROMEOVILLE     UNSECURED           100.62              .00           .00
WASTE MANAGEMENT          UNSECURED            59.77              .00           .00
WILL COUNTY STATES ATTOR  UNSECURED        NOT FILED              .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           425.18              .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           749.11              .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  19405.10         .00      6826.74         .00      26231.84
PRINCIPAL PAID       1686.07         .00          .00         .00       1686.07
INTEREST PAID         247.50         .00          .00         .00        247.50
TOTAL PAID           1933.57         .00          .00         .00       1933.57
```

The Debtor's attorney, SCHOTTLER & ASSOC            , was allowed $   3500.00 and was paid $    500.00  direct and $   1628.69  through the plan.

The Trustee received $    187.74 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 06/26/08                 /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 07 B 08507 DAWN M MERTES